**UNITED STATES of America,
Appellee,**

v.

**Tommie WEBB, Appellant.**

No. 02–3611.

United States Court of Appeals,
Eighth Circuit.

Submitted June 26, 2003.

Decided July 1, 2003.

Before LOKEN, Chief Judge,
BOWMAN, and WOLLMAN, Circuit Judges.

PER CURIAM.

A jury convicted Tommie Webb of possessing with intent to distribute more than 5 grams of a mixture or substance containing cocaine base, in violation of 21 U.S.C. § 841(a)(1) (count 1); carrying or possessing a firearm in furtherance of the drug trafficking alleged in count 1, in violation of 18 U.S.C. § 924(c) (count 2); and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g) (count 3). The district court[1] imposed concurrent sentences of 262 and 120 months of imprisonment on counts 1 and 3 respectively, and a consecutive sentence of 60 months of imprisonment on count 2. The court ordered that the sentences be followed by concurrent periods of 5 years of supervised release on count 1, and 3 years on counts 2 and 3. Webb appeals, and his counsel has moved to withdraw. In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel argues that Webb's sentence violates the Eighth Amendment's proscription against cruel and unusual punishment. Webb has not filed a pro se supplemental brief.

We reject counsel's argument and conclude that Webb's sentence, required by the Guidelines and section 924(c)'s mandatory 5–year consecutive sentence, does not violate the Eighth Amendment. *See* 18 U.S.C. § 924(c); *United States v. Farmer,* 73 F.3d 836, 840 (8th Cir.), *cert. denied,* 518 U.S. 1028, 116 S.Ct. 2570, 135 L.Ed.2d 1086 (1996); *United States v. Knight,* 96 F.3d 307, 311 (8th Cir.1996), *cert. denied,* 520 U.S. 1180, 117 S.Ct. 1458, 137 L.Ed.2d 562 (1997). Further, having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 88, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, counsel's motion to withdraw is granted, and the judgment is affirmed.

A true copy.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.